FILED

08/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0256

———————————

WILLIAM JAMES RUPNOW, JR.,

    Plaintiff and Appellant,

    v.

MONTANA STATE AUDITOR AND
COMMISSIONER OF INSURANCE; MIKE
WINSOR; JENNIFER HUDSON; and XYZ
government subdivision,

    Defendants and Appellees.

          O R D E R

———————————

This Court reviews briefs to ensure compliance with Rule 12 of the Montana Rules of Appellate Procedure. After reviewing Rupnow's opening brief filed electronically on August 14, 2023, this Court has determined that the brief does not comply with the below-referenced rule.

M. R. App. P. 12(1)(i) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken be included as an appendix with Rupnow's brief to this Court. Rupnow's brief did not include a copy of the District Court's May 9, 2022 Order Granting Defendants' Motion to Dismiss, which he appeals.

IT IS ORDERED that within ten (10) days of the date of this Order, Rupnow shall electronically file with Clerk of this Court a copy of the relevant order as an appendix and shall serve one copy of the relevant order on each counsel of record.

IT IS FURTHER ORDERED that pursuant to the Temporary Electronic Filing Rule 12(a)(4), the seven paper copies of the Appellant's Opening brief must comply with Rule 12(1)(i), M. R. App. P., including copies of the orders and judgment from which the appeal is taken; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk of this Court is directed to provide a true copy of this Order to Rupnow's counsel and to all counsel upon whom the brief was served.

DATED this 15 day of August, 2023.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 15 2023